UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 06 CR 923 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| ADRIAN FLORIN FECHETE, et al. | ) | |

## PROTECTIVE ORDER

Upon the government's motion for a protective order, it is hereby ORDERED as follows:

1. All materials produced by the government in preparation for, or in connection with, any stage of the proceedings in this case, including but not limited to grand jury transcripts, agency and police department reports, recorded conversations, witness statements, memoranda of interview, material obtained via grand jury subpoena, such as records from Western Union, MoneyGram, financial institutions, and telephone service providers, and any documents and tangible objects produced by the government, shall remain the property of the United States. Upon conclusion of the trial and any appeals of this case, or the earlier resolution of charges against the defendant, all such materials and all copies made thereof shall be destroyed. All copies withheld by the defense by express order of Court shall be preserved only so long as is necessary for further proceedings related to this cause, after which they shall be returned to the United States or destroyed. The Court may require a certification as to the disposition of any such materials retained.

2. All materials provided to the defense by the United States may be utilized by the defendant and his or her counsel solely in connection with the defense of this case and for no

other purpose and in connection with no other proceeding. The materials and any of their contents shall not be disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, and the following third parties, (i) persons assisting in the defense, (ii) persons who are interviewed or consulted during the course of the investigation of this case, or (iii) such other persons as to whom the Court may authorize disclosure (the "Authorized Third Parties"). Any notes or records of any kind that defense counsel or the defendant may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than defendant, the defendant's counsel, and Authorized Third Parties, and all such notes and records shall not be disclosed except as provided by this Order.

3. The materials shall not be copied or reproduced except so as to provide copies of the material for the use by each defense lawyer and defendant and such persons as are employed by them to assist in the defense and such copies and reproductions shall be treated in the same manner as the original matter.

4. Prior to making any disclosure to an Authorized Third Party, the defendant or defendant's counsel shall cause a copy of this Protective Order to be provided to such individual. Further, defendant or defendant's counsel shall cause any Authorized Third Party to acknowledge receipt of the Protective Order and his or her agreement to be bound by its terms by causing such individual to sign an acknowledgment copy, which will be retained by defendant or defendant's counsel.

5. The restrictions set forth in this order do not apply to documents that are public record, including but not limited to, trial transcripts; documents, recordings, or other materials that have been received in evidence at this or other trials; or documents that are otherwise in the public domain.

6. Violation of this Order may result in imposition of sanctions by the Court.

ENTER:

_____
Judge John W. Darrah
United States District Court

Date: 3-22-07

## Acknowledgment by Authorized Third Parties

I, _____, hereby acknowldge receipt of the Court's Protective Order and, having read its contents, agree to be bound by its terms.

_____

- 3 -