UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 0 4 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | Case No.: 06-CR-923-2 |
| ) | |
| RAIMONDORAY CERNA ) | |
| Respondent ) | |

### DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant, Raimondoray Cerna hereby requests that this Honorable Court reduces his sentence by applying the new Sentencing Guidelines to reflect transparency and fairness under the law.

Mr. Cerna was sentenced to 180 months imprisonment on June 15, 2010. His sentence was based on a United States Sentencing Commission Guidelines range of 168 to 210. Now that offenders of similar conviction are been sentenced applying the new sentencing guidelines thereby receiving lower sentence than him, Defendant Cerna contends that he should also be resentenced to reflect transparency and fairness under the law.

Defendant Cerna further argues that he should benefit under the guidelines because out of the 274 victims who were involved, none suffered substantial financial hardship with the exception of two (2) who claimed to have suffered the loss of $1,000 and $1,500 respectively.

**WHEREFORE**, Defendant Cerna respectfully requests that this Court has jurisdiction and should reduce his sentence based on the new Sentencing Guidelines established by the United States Sentencing Commission.

Respectfully submitted,

_____
Raimondoray Cerna

    I, RAIMONDORAY CERNA, the respondent in the above captioned case, is hereby declaring under the penalty of perjury as per the law of the United States of America, Title 28 U.S.C. §1746(2), that an authentic copy of the foregoing was mailed to the following by first class mail, postage prepaid:

_____
Raimondoray Cerna